IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VIRGINIA POORE, | § | No. 461, 2022 |
| | § | |
| Defendant Below, | § | |
| Appellant, | § | Court Below – Superior |
| | § | Court |
| v. | § | of the State of Delaware |
| | § | |
| M&T BANK | § | C.A. No. S19L-09-011 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 12, 2023
Decided: July 14, 2023

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

**O R D E R**

This 14th day of July, 2023, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its orders dated November 22, 2022 and November 29, 2022.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

/s/N. Christopher Griffiths
Justice